IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DICE COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALFRED ZAPPOLO, JEFFREY MELTZER, PETER IOVINO, ANEUDYS PINEYRO, KEATON PRETE, THOMAS MCCARTHY, NICHOLAS CARMARDI, BETH SCELZA, and LANROVER NETWORK SERVICES, INC.,<br><br>　　　　　Defendants. | **8:23CV155**<br><br><br>**ORDER** |

This matter is before the Court on Defendant's (LANRover Network Services, Inc.'s) motion to dismiss, Filing No. 18, and on Plaintiff's motion to file an Amended Complaint, Filing No. 51.  The Court has carefully reviewed the motions and briefs and determines that the motion to amend shall be granted.

THEREFORE, IT IS ORDERED THAT:

1. The motion to amend, Filing No. 51, is granted.  Plaintiff shall have 7 days from the date of this order to file its Amended Complaint.

2. The motion to dismiss, Filing No. 18, is denied, subject to reassertion if the defendant so wishes.

Dated this 11th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge