# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DICE COMMUNICATIONS, LLC, | |
| Plaintiff, | 8:23CV155 |
| vs. | |
| ALFRED ZAPPOLO, JEFFREY MELTZER, PETER IOVINO, ANEUDYS PINEYRO, KEATON PRETE, THOMAS MCCARTHY, NICHOLAS CARMARDI, BETH SCELZA, and LANROVER NETWORK SERVICES, INC., | ORDER |
| Defendants | |
| And | |
| ALFRED ZAPPOLO, | |
| Counter Claimant, | |
| vs. | |
| DICE COMMUNICATIONS, LLC, | |
| Counter Defendant. | |

The Court held a telephone conference with counsel for the parties on November 21, 2024, regarding a dispute over timing and sequence of depositions. In advance of the conference, the parties provided position statements and other documents regarding the dispute, attached. As stated on the record, the Court found Defendants' objections to Plaintiff's deposition notices of defendant Alfred Zappolo and non-party Richard Sallustro are not ripe.

**IT IS SO ORDERED**.

Dated this 22nd day of November, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge