# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DICE COMMUNICATIONS, LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **ALFRED ZAPPOLO, JEFFREY MELTZER, PETER IOVINO, ANEUDYS PINEYRO, KEATON PRETE, THOMAS MCCARTHY, NICHOLAS CARMARDI, BETH SCELZA, and LANROVER NETWORK SERVICES, INC.,** <br><br> Defendants. | 8:23CV155 <br><br> **ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 108) is granted and Sarah L. (Sally) McGill is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Sarah L. (Sally) McGill in this case.

Dated this 27th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge