IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DICE COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALFRED ZAPPOLO, JEFFREY MELTZER, PETER IOVINO, ANEUDYS PINEYRO, KEATON PRETE, THOMAS MCCARTHY, NICHOLAS CARMARDI, BETH SCELZA, and LANROVER NETWORK SERVICES, INC.,<br><br>Defendants. | 8:23CV155<br><br>**ORDER OF DISMISSAL** |

    This matter comes before the Court on the Plaintiff and Individual Defendants' Joint Stipulation for Dismissal with Prejudice (Filing No. 114). The Court, being advised in the premises, finds that such an Order is proper.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that claims against Alfred Zappolo, Jeffrey Meltzer, Peter Iovino, Aneudys Pineyro, Keaton Prete, Thomas McCarthy, Nicholas Camardi, and Beth Scelza be dismissed with prejudice as well Alfred Zappolo's counterclaim against Plaintiff, also with prejudice, with each party to bear their own costs and fees. Defendant LANRover Network Services, Inc. remains a defendant in this matter.

    Dated this 12th day of May, 2025.

                                                   BY THE COURT:

                                                   s/ Joseph F. Bataillon
                                                   Senior United States District Judge