IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DICE COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LANROVER NETWORK SERVICES, INC., <br><br> Defendant. | 8:23CV155 <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulated Motion for Partial Dismissal (Filing No. 116). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Fourth Count (captioned "Misappropriation of Trade Secrets in Violation of Neb. Reb. Stat. § 87-504") and Plaintiff's Eleventh Count (captioned "Violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836") are dismissed in their entirety.

Dated this 6th day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge